IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30346
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LYNN T. CRAWFORD,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CR-50023-1
--------------------
October 25, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Lynn T. Crawford, federal prisoner #09170-035, appeals the
district court's dismissal of his motion invoking Fed. R. Crim.
P. 12(b)(2), which was filed after his conviction was affirmed on
appeal and after the denial of certiorari.  Because the criminal
proceedings were no longer pending, this motion was unauthorized
and without a jurisdictional basis.  See United States v. Early,
27 F.3d 140, 142 (5th Cir. 1994).  Crawford has thus "appealed
from the denial of a meaningless, unauthorized motion."  Id.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Accordingly, the appeal is DISMISSED for lack of subject-matter jurisdiction.  All outstanding motions are DENIED as MOOT.

APPEAL DISMISSED.  ALL OUTSTANDING MOTIONS DENIED AS MOOT.